IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TERESA TRINH,

           Plaintiff(s),

  v.

CITIBANK, N.A., et. al.,

           Defendant(s).

CASE NO. 5:12-cv-03902 EJD

**ORDER TO REASSIGN CASE**

    As both parties agree to the assignment of this action to a magistrate judge for all purposes (see Docket Item No. 29), the Clerk of the Court shall reassign this action to an available magistrate judge pursuant to this district's Assignment Plan.

    All matters scheduled before District Judge Edward J. Davila are VACATED.

**IT IS SO ORDERED.**

Dated: January 23, 2013

                                  EDWARD J. DAVILA
                                  United States District Judge