IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERESA TRINH, | CASE NO. 5:12-cv-03902 EJD |
| Plaintiff(s), | **ORDER TO REASSIGN CASE** |
| v. | |
| CITIBANK, N.A., et. al., | |
| Defendant(s). | |

As both parties agree to the assignment of this action to a magistrate judge for all purposes (see Docket Item No. 29), the Clerk of the Court shall reassign this action to an available magistrate judge pursuant to this district's Assignment Plan.

All matters scheduled before District Judge Edward J. Davila are VACATED.

**IT IS SO ORDERED.**

Dated:  January 23, 2013

EDWARD J. DAVILA
United States District Judge